■ NAOMI LOMBARDI, Appellant, v PETER DE GENNARO et al., Respondents. (And Another Title.) [630 NYS2d 252] —Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Lefkowitz, J.), dated September 9, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Lefkowitz at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.